**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JEFFREY C. GEHRMANN, married man, | Civil Action No. 3:20-cv-6002 |
| Plaintiff, | DEFENDANT INTERSTATE EQUIPMENT LEASING, LLC.'S RULE 7.1 DISCLOSURE STATEMENT |
| v. | |
| KNIGHT-SWIFT TRANSPORTATION HOLDINGS INC. f/k/a SWIFT TRANSPORTATION CO. LLC, a foreign corporation or limited liability company, CR ENGLAND INC., a foreign corporation, MOHAVE TRANSPORTATION INSURANCE CO, a foreign corporation, and INTERSTATE EQUIPMENT LEASING INC., a foreign Limited Liability corporation, | |
| Defendants. | |

Defendant Interstate Equipment Leasing, LLC., pursuant to Rule 7.1 Fed. R. Civ. P., hereby discloses the following: Knight-Swift Transportation Holdings, Inc. owns 100% of Interstate Equipment Leasing, LLC's membership interest: there is no stock ownership.

\\

\\

\\

1 | DATED: October 22, 2020             WOOD, SMITH, HENNING & BERMAN LLP

2

3

                                                                         *s/Colin J. Troy*
4                                                           ─────────────────────────────
                                                           Colin J. Troy, WSBA #46197
                                                             ctroy@wshblaw.com
5                                                           520 Pike Street, Suite 1525
                                                           Seattle, Washington 98101-4001
6                                                           Phone 206-204-6800
                                                           Attorney for Interstate Equipment Leasing, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT INTERSTATE EQUIPMENT                    **WOOD, SMITH, HENNING & BERMAN LLP**
LEASING, LLC.'S RULE 7.1 DISCLOSURE                             520 Pike Street, Suite 1525
STATEMENT - 2                                                                   Seattle, Washington 98101-4001
                                                                                                     206-204-6800

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the undersigned is a citizen of the United States and a resident of the State of Washington, living in said state, over the age of eighteen (18) years, not a party to, and competent to be a witness in this action; that on this date the undersigned caused to be served on counsel of record as shown below, in the manner indicated, a true and correct copy of the foregoing document.

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT CR ENGLAND, INC** |
|---|---|
| Antoni H. Froehling, WSHB# 8271<br>Froehling Hendricks PLLC<br>510 East Main, Suit F<br>Puyallup, WA 98372<br><br>toni@froehlinglaw.com<br><br>(X) Electronic Mail | W. Sean Hornbrook WSBA#31260<br>Katherin B. White WSBA #46649<br>Wilson Smith Cochran Dickerson<br>901 5th Avenue, Suite 1700<br>Seattle, WA 98164<br><br>white@wscd.com<br>hornbrook@wscd.com<br><br>(X) Electronic Mail |

DATED this 22nd day of October, 2020

    *s/Keaton McKeague*
Keaton McKeague,
kmckeague@wshblaw.com

DEFENDANT INTERSTATE EQUIPMENT LEASING, LLC.'S RULE 7.1 DISCLOSURE STATEMENT - 3

**WOOD, SMITH, HENNING & BERMAN LLP**
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800