# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEFFREY C. GEHRMANN, married man, <br><br> Plaintiff, <br><br> v. <br><br> KNIGHT-SWIFT TRANSPORTATION HOLDINGS INC. f/k/a SWIFT TRANSPORTATION CO. LLC, a foreign corporation or limited liability company, CR ENGLAND INC., a foreign corporation, MOHAVE TRANSPORTATION INSURANCE CO, a foreign corporation, and INTERSTATE EQUIPMENT LEASING INC., a foreign Limited Liability corporation, <br><br> Defendants. | Civil Action No. 3:20-cv-6002 <br><br> DEFENDANT KNIGHT-SWIFT TRANSPORTATION HOLDINGS INC.'S RULE 7.1 DISCLOSURE STATEMENT |

Defendant Knight-Swift Transportation Holdings Inc., pursuant to Rule 7.1 Fed. R. Civ. P., hereby discloses the following: Knight-Swift Transportation Holdings Inc. has no parent corporation and no other corporation owns more than 10% of the stock of Knight-Swift Transportation Holdings Inc.

\\

\\

DEFENDANT KNIGHT-SWIFT TRANSPORTATION HOLDINGS INC.'S RULE 7.1 DISCLOSURE STATEMENT - 1

**WOOD, SMITH, HENNING & BERMAN LLP**
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800

1  DATED: October 22, 2020            WOOD, SMITH, HENNING & BERMAN LLP

2

3                                              *s/Colin J. Troy*
                                        _____
4                                       Colin J. Troy, WSBA #46197
                                          ctroy@wshblaw.com
5                                       520 Pike Street, Suite 1525
                                        Seattle, Washington 98101-4001
6                                       Phone 206-204-6800
                                        Attorney for Knight-Swift Transportation Inc.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT KNIGHT-SWIFT                       **WOOD, SMITH, HENNING & BERMAN LLP**
TRANSPORTATION HOLDINGS INC.'S RULE 7.1              520 Pike Street, Suite 1525
DISCLOSURE STATEMENT - 2                          Seattle, Washington 98101-4001
                                                          206-204-6800

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the undersigned is a citizen of the United States and a resident of the State of Washington, living in said state, over the age of eighteen (18) years, not a party to, and competent to be a witness in this action; that on this date the undersigned caused to be served on counsel of record as shown below, in the manner indicated, a true and correct copy of the foregoing document.

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT CR ENGLAND, INC** |
|---|---|
| Antoni H. Froehling, WSHB# 8271<br>Froehling Hendricks PLLC<br>510 East Main, Suit F<br>Puyallup, WA 98372<br><br>toni@froehlinglaw.com<br><br>(X) Electronic Mail | W. Sean Hornbrook WSBA#31260<br>Katherin B. White WSBA #46649<br>Wilson Smith Cochran Dickerson<br>901 5th Avenue, Suite 1700<br>Seattle, WA 98164<br><br>white@wscd.com<br>hornbrook@wscd.com<br><br>(X) Electronic Mail |

DATED this 22nd day of October, 2020

 *s/Keaton McKeague*
Keaton McKeague,
kmckeague@wshblaw.com