**From:** AZDdb_Responses
**Sent:** Thursday, April 8, 2021 7:20 AM
**To:** InterDistrictTransfer_WAWD
**Subject:** Transferred case has been opened

CASE: 3:20-cv-06002

DETAILS: Case transferred from Washington Western has been opened in DISTRICT OF ARIZONA as case 2:21-cv-00589, filed 04/08/2021.